# EXHIBIT 1

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
3/4/2022 3:04:51 PM
Filing ID 14012880

**THE MOULTON LAW FIRM, P.C.**
6401 East Thomas Road, Suite 101
Scottsdale, Arizona 85251
(480) 355-5000
Timothy L. Moulton
No. 010066
tim@moultonlawoffice.com

*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ALFRED JOSEPH MONTALBANO, JR., as surviving spouse of PATRICIA LEE MONTALBANO, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>HONOR HEALTH, an Arizona non-profit corporation; ARIZONA PREMIER SURGERY, an Arizona corporation, partnership and/or business organization; VALLEY ANESTHESIOLOGY CONSULTANTS, INC., an Arizona corporation, partnership and/or business organization; ALBERT AMINI, M.D. and JANE DOE AMINI, husband and wife; AMAR JITENDRA THOSANI, M.D. and JANE DOE THOSANI, husband and wife; DANIEL PARSONS, M.D. and JANE DOE PARSONS, husband and wife; MARIA SALDIVAR., M.D. and JOHN DOE SALDIVAR, wife and husband; STARR ELIZABETH EADS, M.D. and JOHN DOE EADS, wife and husband; KAITLIN MAKENZIE BETCHER, P.A., and JOHN DOE BETCHER, wife and husband; LAURA LEE MARTINEZ (AKA LAURA LEE LU) C.R.N.A and JOHN DOE MARTINEZ/LU, wife and husband HANNAH ROBERTSON, R.N. and JOHN DOE ROBERTSON, wife and husband; STEPHANIE WOGAN, R.N. and JOHN DOE WOGAN, wife and husband; CATHERINE HEITERT, R.N. and JOHN DOE HEITERT, wife and husband JOHN DOES I-X; JANE DOES I- | **ACTION NO:**   **CV2022-002736**<br><br>**COMPLAINT**<br><br>**(Negligence; Medical Malpractice; Wrongful Death)**<br><br>**(Designated Tier 3)** |

X; BLACK and WHITE CORPORATIONS
I-V; BLACK and WHITE
PARTNERSHIPS I-V,

Defendants.

Plaintiff, by and through undersigned counsel, hereby alleges as follows:

I

That Plaintiff Alfred Joseph Montalbano Jr. is and was, at all relevant times, married to Patricia Lee Montalbano, until her tragic death, on March 15, 2020, and both were residents at all relevant times of the County of Maricopa, State of Arizona.  Pursuant to Arizona Revised Statute Section 12-612, Plaintiff Alfred Joseph Montalbano Jr. is entitled to bring a wrongful death action as the surviving spouse of Patricia Lee Montalbano.

II

Jurisdiction and venue are proper in the Maricopa County Superior Court.

III

Upon information and belief, all Defendants were and are, at all relevant times, residents of and doing their work or doing business within the County of Maricopa, State of Arizona.

IV

Upon information and belief, all Defendants acted by and through their officers, employees, agents, and contractors, and all who were acting within the course and scope of their employment, agency and authority, such that they are bound by, and vicariously liable for, the conduct of their officers, agents, employees and contractors. The individual Defendants are also directly liable for their own negligence, recklessness, and tortious conduct, and for their negligence and fault in the hiring, contracting, directing, and

supervising of the officers, employees, agents and contractors.

V

Upon information and belief, Defendant Honor Health, at their hospital SSMC Shea Medical Center in Scottsdale, Arizona, at all relevant times, is and was an Arizona non-profit corporation, and is and was engaged in and providing health care services, and is and was a licensed health care provider or entity which can be sued for medical negligence and malpractice (pursuant to A.R.S. §§ 12-561 and 12-562). This Defendant is and was, at all relevant times, doing business within the County of Maricopa, State of Arizona. This Defendant acted by and through, its officers, employees, agents, and contractors, who were acting within the course and scope of their employment, agency and authority, such that this non-profit corporation is bound by, and vicariously liable for, the conduct of its officers, agents, employees and contractors. This Defendant is also directly liable for its own negligence, recklessness, and tortious conduct in the hiring, contracting, and supervising of the officers, employees, agents and contractors.

VI

Upon information and belief, Defendants Albert Amini, M.D., Amar Jitendra Thosani, M.D., Daniel Parsons, M.D., Starr Elizabeth Eads, M.D., Maria Saldivar, M.D., Kaitlin Makenzie Betcher, P.A., Laura Lee Martinez (aka Laura Lee Lu) C.R.N.A., Hannah Robertson, R.N., Stephanie Wogan, R.N., Catherine Heitert, R.N., Honor Health Corporation,  Valley Anesthesiology Consultants, Inc., and Arizona Premier Surgery, and their as yet unidentified officers, agents, employees, contractors, doctors, nurses, physician's assistants, hospitalists, and staff, acting in the course and scope of their employment, agency, contracts, duties or work, at all relevant times, were and are engaged in and providing health care services,

and/or were and are licensed health care providers or entities, which can be sued for medical negligence and malpractice (pursuant to A.R.S. §§ 12-561 and 12-562).  Upon information and belief, based upon the records and information available,   Defendants Albert Amini, M.D., Amar Jitendra Thosani, M.D., Daniel Parsons, M.D., Starr Elizabeth Eads, M.D., Maria Saldivar, M.D.,   Kaitlin Makenzie Betcher, P.A., Laura Lee Martinez (aka Laura Lee Lu) C.R.N.A., Hannah Robertson, R.N., Stephanie Wogan, R.N., Catherine Heitert, R.N., all working for or with Honor Health Corporation, Valley Anesthesiology Consultants, Inc., and Arizona Premier Surgery and their as yet unidentified officers, agents, employees, contractors, doctors, nurses, physician's assistants, hospitalists, and staff, acting in the course and scope of their employment, agency, contracts, duties or work, at all relevant times, were and are engaged in and providing health care services, and/or were and are licensed health care providers or entities, which can be sued for medical negligence and malpractice (pursuant to A.R.S. §§ 12-561 and 12-562), were involved in the care, treatment, and evaluation of Patricia Lee Montalbano.

VII

Upon information and belief, Defendant Albert Amini, M.D. is a married man (his wife, Jane Doe Amini, will be identified when known) and was, at all relevant times, a physician licensed to practice medicine in Maricopa County, Arizona (a licensed medical care provider pursuant to A.R.S. §§ 12-561 and 12-562). Upon information and belief, Defendant Arizona Premier Surgery, at all relevant times, is and was an Arizona corporation, partnership, and/or other business organization, and is and was engaged in and providing health care services, and is and was a licensed health care provider or entity which can be sued for medical negligence and malpractice (pursuant to A.R.S. §§ 12-561 and 12-562).

4

Defendants Amini and Arizona Premier Surgery provided care to Patricia Lee Montalbano, at Honor Health Medical Center.  All of the actions and omissions of Dr. Amini were performed on behalf of the marital community consisting of the physician and his respective spouse, thereby making the community liable.  All of the actions and omissions of Dr. Amini were also performed on behalf of Defendant Arizona Premier Surgery and it is therefore bound by, and vicariously liable for, the conduct of its officers, agents, employees and/or contractors.

VIII

Upon information and belief, Defendant Amar Jitendra Thosani, M.D. is a married man (his wife, Jane Doe Thosani, will be identified when known) and was, at all relevant times, a physician licensed to practice medicine in Maricopa County, Arizona (a licensed medical care provider pursuant to A.R.S. §§ 12-561 and 12-562).  Defendant Thosani provided care to Patricia Lee Montalbano, at HonorHealth Medical Center. All of the actions and omissions of Dr. Thosani were performed on behalf of the marital community consisting of the physician and his respective spouse, thereby making the community liable.

IX

Upon information and belief, Defendant Daniel Parsons, M.D., is a married man (his wife, Jane Doe Parsons, will be identified when known) and was, at all relevant times, a physician licensed to practice medicine in Maricopa County, Arizona (a licensed medical care provider pursuant to A.R.S. §§ 12-561 and 12-562). Upon information and belief, Defendant Valley Anesthesiology Consultants, Inc., at all relevant times, is and was an Arizona corporation, partnership, and/or other business organization, and is and was engaged in and providing health care services, and is and was a licensed health care provider or entity which can be sued for medical negligence and malpractice (pursuant to A.R.S. §§ 12-561 and 12-562).

5

Defendant Parsons provided care to Patricia Lee Montalbano, at Honor Health Medical Center. All of the actions and omissions of Dr. Parsons were performed on behalf of the marital community consisting of the physician and his respective spouse, thereby making the community liable.   All of the actions and omissions of Dr. Parsons were also performed on behalf of Defendant Valley Anesthesiology Consultants, Inc. and it is therefore bound by, and vicariously liable for, the conduct of its officers, agents, employees and/or contractors.

X

Upon information and belief, Defendant Maria Saldivar, M.D., is a married woman (her husband, John Doe Saldivar, will be identified when known) and was, at all relevant times, a physician licensed to practice medicine in Maricopa County, Arizona (a licensed medical care provider pursuant to A.R.S. §§ 12-561 and 12-562).  Defendant Saldivar provided care to Plaintiff, Patricia Lee Montalbano, at Honor Health Medical Center.  All of the actions and omissions of Dr. Saldivar were performed on behalf of the marital community consisting of the physician and her respective spouse, thereby making the community liable.

XI

Upon information and belief, Defendant Starr Elizabeth Eads, M.D., is a married woman (her husband, John Doe Eads, will be identified when known) and was, at all relevant times, a physician licensed to practice medicine in Maricopa County, Arizona (a licensed medical care provider pursuant to A.R.S. §§ 12-561 and 12-562).  Defendant Eads provided care to Plaintiff, Patricia Lee Montalbano, at Honor Health Medical Center.  All of the actions and omissions of Dr. Eads were performed on behalf of the marital community consisting of the physician and her respective spouse, thereby making the community liable.

XII

6

1   Upon information and belief, Defendant Kaitlin Makenzie Betcher, P.A. is a married

2   woman (her husband, John Doe Betcher, will be identified when known) and was, at all

3

4   relevant times, a physician assistant licensed to practice medicine in Maricopa County,

5   Arizona (a licensed medical care provider pursuant to A.R.S. §§ 12-561 and 12-562).

6   Defendant Betcher provided care to Patricia Lee Montalbano, at Honor Health  Medical

7   Center.  All of the actions and omissions of P.A.  Betcher were performed on behalf of the

8

9   marital community consisting of the physician and her respective spouse, thereby making the

10  community liable.

11                                          XIII

12  Upon information and belief, Defendant  Laura  Lee  Martinez  (aka  Laura  Lee  Lu)

13

14  C.R.N.A., is a married woman (her husband, John Doe Martinez/Lu, will be identified when

15  known) and was, at all relevant times, a certified registered nurse anesthetist licensed to

16  practice nursing in Maricopa County, Arizona (a licensed medical care provider pursuant to

17  A.R.S. §§ 12-561 and 12-562).  Defendant Martinez (aka Lu) provided care to Patricia Lee

18  Montalbano, at Honor Health Medical Center.  All of the actions and omissions of Nurse

19

20  Martinez (aka Lu) were performed on behalf of the marital community consisting of the

21  physician and her respective spouse, thereby making the community liable.

22                                          XIV

23  Upon  information  and  belief,  Defendant  Hannah  Robertson,  R.N.,  is  a  married

24  woman (her husband, John Doe Robertson, will be identified when known) and was, at all

25  relevant times, a registered nurse licensed to practice nursing in Maricopa County, Arizona

26  (a licensed medical care provider pursuant to A.R.S. §§ 12-561 and 12-562).  Defendant

27

28  Robertson provided care to Patricia Lee Montalbano, at Honor Health Medical Center.  All

1   of the actions and omissions of Nurse Robertson were performed on behalf of the marital

2   community consisting of the physician and her respective spouse, thereby making the

3   community liable.

4

5                                        XV

6          Upon information and belief, Defendant Stephanie Wogan, R.N., is a married

7   woman (her husband, John Doe Wogan, will be identified when known) and was, at all

8   relevant times, a registered nurse licensed to practice nursing in Maricopa County, Arizona

9

10  (a licensed medical care provider pursuant to A.R.S. §§ 12-561 and 12-562).   Defendant

11  Robertson provided care to Patricia Lee Montalbano, at Honor Health Medical Center.  All

12  of the actions and omissions of Nurse Wogan were performed on behalf of the marital

13  community consisting of the physician and her respective spouse, thereby making the

14

15  community liable.

16                                       XVI

17         Upon information and belief, Defendant Catherine Heitert, R.N., is a married

18  woman (her husband, John Doe Heitert, will be identified when known) and was, at all

19

20  relevant times, a registered nurse licensed to practice nursing in Maricopa County, Arizona

21  (a licensed medical care provider pursuant to A.R.S. §§ 12-561 and 12-562).   Defendant

22  Robertson provided care to Patricia Lee Montalbano, at Honor Health Medical Center.  All

23  of the actions and omissions of Nurse Heitert were performed on behalf of the marital

24

25  community consisting of the physician and her respective spouse, thereby making the

26  community liable.

27                                      XVII

28         That the true names, capacities, and/or relationships, whether individual, corporate,

8

1   partnership, or otherwise, of JOHN DOES I through X and JANE DOES I through X, their

2   respective wives, inclusive, and each of them, and BLACK CORPORATIONS I through V and

3   WHITE PARTNERSHIPS I through V, are and were unknown to the Plaintiffs at the time of

4   the filing of this Complaint and Plaintiffs, therefore, sue said Defendants, and each of them, by

5   

6   said fictitious names and will ask leave of Court to amend this Complaint to show the true

7   names, capacities, and/or relationships when the same have been ascertained and, therefore,

8   allege that all of said fictitiously-named Defendants were either joint tortfeasors and/or jointly

9   and severally legally responsible in some manner for the events and happenings herein and

10   proximately caused the injuries and damages to Plaintiffs as hereinafter set forth.

11   

12   <u>MEDICAL NEGLIGENCE AND WRONGFUL DEATH</u>

13   XVIII

14   

15   On or about March 9, 2020, Patricia Lee Montalbano, while under the medical care of

16   the Defendants, was admitted into Defendant Honor Health's Hospital, SSMC Shea

17   Medical Center in Scottsdale, Arizona, for the purpose of having a routine, not life-

18   threatening surgical procedure, to remedy the condition of a hiatal hernia and acid reflux.

19   The recommended procedure pre-surgery was described as "hiatal hernia repair with mesh

20   and TIF." The procedure was completed and was described as a "Robotic hiatal hernia

21   repair with mesh," and as a "Transoral incision-less fundoplication." The pre-procedure

22   

23   care, work up, testing, evaluation, monitoring, medications, preparation, and procedure,

24   took place on or about March 9, 2020, and was performed by Defendants Albert Amini,

25   M.D., Amar Jitendra Thosani, M.D., Starr Elizabeth Eads, M.D., Daniel Parsons, M.D., and

26   Laura Lee Martinez (aka Laura Lee Lu) C.R.N.A., and that pre-procedure care, work up,

27   

28   testing, evaluation, monitoring, medications, preparation, and procedure was the

1    responsibility of Defendants Albert Amini, M.D., Amar Jitendra Thosani, M.D., Starr

2    Elizabeth Eads, M.D., Daniel Parsons, M.D., Laura Lee Martinez (aka Laura Lee Lu)

3    C.R.N.A., Honor Health, Valley Anesthesiology Consultants, Inc., and Arizona Premier

4

5    Surgery. The post procedure and surgery recovery care, work up, testing, evaluation,

6    monitoring, medications, procedures, follow-up, and post-surgery hospital discharge, took

7    place on March 9, March 10, and March 11, 2020, and was performed by and the

8

9    responsibility of Defendants Albert Amini, M.D., Amar Jitendra Thosani, M.D., Starr

10    Elizabeth Eads, M.D., Maria Saldivar, M.D, Kaitlin Makenzie Betcher, P.A., Hannah

11    Robertson, R.N., Stephanie Wogan, R.N., Catherine Heitert, R.N., Honor Health, and

12    Arizona Premier Surgery. Patricia Lee Montalbano was discharged on March 11, 2020,

13

14    improperly, prematurely, negligently, and unreasonably by Defendant Maria Saldivar,

15    M.D.   This improper, premature, negligent, and unreasonable discharge was the

16    responsibility of Defendants Albert Amini, M.D., Amar Jitendra Thosani, M.D., Starr

17    Elizabeth Eads, M.D., Maria Saldivar, M.D, Kaitlin Makenzie Betcher, P.A., Honor Health

18

19    and Arizona Premier Surgery.

20                           XIX

21    Patricia Lee Montalbano died on March 15, 2020, at her home in Scottsdale, Arizona.

22    The cause of her death was due to complications of acute peritonitis and sepsis due to

23

24    infection and graft dehiscence in the diaphragmatic hiatus.

25                           XX

26    The acts, omissions, statements, care, diagnosis, evaluation, testing, treatment, and

27    behavior of and by the Defendants, fell below the standard of care for medical professionals,

28    organizations, facilities and providers, and constituted negligent, outrageous, reckless, and

1   grossly negligent behavior by the Defendants.  The above acts, omissions, statements, care,

2   diagnosis, evaluation, testing, treatment, and behavior, of and by the Defendants, constituted

3   misdiagnosis, delayed diagnosis, delayed care, improper care, delay of care, improper testing,

4   improper or lack of prescribing and providing medications, and was the actual and proximate

5

6   cause of the tragic death of Patricia Lee Montalbano.

7                                                        XXI

8           Upon information and belief, the care and evaluation of Patricia Lee Montalbano, and

9

10  the lack thereof, fell below the standard of care for the licensed medical professional and

11  facilities involved.  Upon information and belief, the Defendants and their officers, agents,

12  employees, contractors, doctors, nurses, physician's assistants, hospitalists, and staff, fell

13

14  below the standard of care, and were negligent and at fault for, among other things, failure to

15  administer pre-surgery and post-surgery antibiotics, improper and negligent surgery,

16  improper and negligent surgery recovery care, improper and negligent follow up,

17  misdiagnosis, delayed diagnosis, delay of care, improper and negligent discharge, failure to

18

19  have adequate staff and doctors, and failure to have properly trained, qualified, and

20  competent staff, nurses, physician assistants and doctors.

21                                                       XXII

22          .Pursuant to Arizona Revised Statute Section 12-611, Defendants are legally liable and

23  at fault as follows: "When death of a person is caused by wrongful act, neglect or default, and

24  the act, neglect or default is such as would, if death had not ensued, have entitled the party

25  injured to maintain an action to recover damages in respect thereof, then, and in every such

26  case, the person who or the corporation which would have been liable if death had not ensued

27

28  shall be liable to an action for damages..."

                                                         11

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DAMAGE ALLEGATIONS

### XXIII

Pursuant to Arizona Revised Statute Section 12-613, the measure of damages in a wrongful death action is as follows: "In an action for wrongful death, the jury shall give such damages as it deems fair and just with reference to the injury resulting from the death to the surviving parties who may be entitled to recover, and also having regard to the mitigating or aggravating circumstances attending the wrongful act, neglect or default...." As a direct and proximate result of, and caused by, the negligence or fault of the Defendants, Patricia Lee Montalbano died on March 15, 2020. Plaintiff Alfred Joseph Montalbano Jr. and all other wrongful death statutory beneficiaries, sustained wrongful death damages in the exact amounts to be shown with specificity at time of trial.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against the Defendants, and each of them, as follows:

1.      For wrongful death damages pursuant to Arizona Revised Statutes Section 12-613 suffered or sustained by Plaintiff Alfred Joseph Montalbano Jr. and all other wrongful death statutory beneficiaries.

2.      For special and general damages in such amount as is fair and reasonable by the jury at time of trial of this case including, but not limited to, grief, mental and physical suffering, economic loss, depression, loss of sleep, anxiety, personal loss, companionship, burial expenses, funeral expenses, suffering, and emotional trauma suffered by Plaintiff Alfred Joseph Montalbano Jr. and all other wrongful death statutory beneficiaries.

3.      For Plaintiffs' costs incurred herein; and

1         4.      For such other and further relief as the Court deems just and equitable in

2  the premises.

3         DATED this 4th day of March, 2022.

4

5                       **THE MOULTON LAW FIRM, P.C.**

6

7                  ` By:`*/s/ Timothy L. Moulton*

8                       Timothy L. Moulton

9                       6401 East Thomas Road, Suite 101

                           Scottsdale, Arizona 85251

10                       *Attorneys for Plaintiff*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28